| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **L and C Care Providers, Inc., dba Care Providers-24** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __April 8, 2019__   X __/s/ Sisilia Fotu__
                                  Signature of individual signing on behalf of debtor

                                  **Sisilia Fotu**
                                  Printed name

                                  **President**
                                  Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | L and C Care Providers, Inc., dba Care Providers-24 |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AIG National Union Networked Insurance Agents LLC<br>443 Crown Point Circle, Unit A<br>Novato, CA 94945 | | | | | | $12,483.00 |
| Aloi Katoa<br>c/o Kevin W. Rehwald, Esq.<br>Chaleff Rehwald<br>5855 Topanga Canyon Boulevard, Suite 400<br>Woodland Hills, CA 91367-4621 | | | Contingent Unliquidated Disputed | | | $592,618.81 |
| AT&T Wireless<br>P.O. Box 537104<br>Atlanta, GA 30353-7104 | | | | | | $450.00 |
| Bank of America-Business Card<br>P.O. Box 15796<br>Wilmington, DE 19886-5796 | | | | | | $15,981.40 |
| Comcast<br>P.O. Box 60533<br>City of Industry, CA 91716-0533 | | | | | | $95.40 |
| EDD<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | | | | | | $3,670.09 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| eFax-j2 Global 6922 Hollywood Boulevard, 5th Floor Los Angeles, CA 90028 | | | | | | $16.95 |
| Fastrak Bay Area Metro Center 375 Beale Street San Francisco, CA 94105 | | | | | | $25.00 |
| HCC Bonds American Contractors Indemnity 801 S. Figueroa St., Suite 700 Los Angeles, CA 90017 | | | | | | $350.00 |
| IPFS Corporation 777 South Figueroa Street, Suite 300 Los Angeles, CA 90017 | | | | | | $10,075.67 |
| IRS Ogden, UT 84201-0030 | | | | | | $4,024.76 |
| mile IQ - Apple itunes.com 1355 Market Street, 3rd Floor San Francisco, CA 94103 | | | | | | $5.99 |
| Mount Diablo Recovery Services 555 California Avenue Pittsburg, CA 94565 | | | | | | $48.66 |
| Northern CA Collection Services P.O. Box 13765 Sacramento, CA 95853 | | | | | | $33,500.00 |
| Pittsburg Disposal P.O. Box 4988 Whittier, CA 90607 | | | | | | $72.05 |
| Progressive Insurance Rod Crain Insurance Agency 2271 Railroad Avenue Pittsburg, CA 94565 | | | | | | $5,511.28 |

Debtor  L and C Care Providers, Inc., dba Care Providers-24    Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| QuickBooks Online Intuit, Inc. 2632 Marine Way Mountain View, CA 94043 | | | | | | $645.00 |
| QuickBooks Payroll Intuit, Inc. 2632 Marine Way Mountain View, CA 94043 | | | | | | $80.00 |
| Walnut Creek Post Office Box 1922 Tice Valley Boulevard Walnut Creek, CA 94595 | | | | | | $140.00 |
| Winter Chevrolet Co., Inc. 3750 Century Court Pittsburg, CA 94565 | | | | | | $30,158.65 |